UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY COMPANY, a
foreign corporation,

            Plaintiff,

-vs-                                                   Case No.  2:10-cv-591-FtM-36SPC

AMERICAN GALLERY DEVELOPMENT
GROUP, LLC, a voided foreign limited liability
company doing business as AMERICAN
GALLERY HOMES, KATHLEEN C. MULLEN,
citizen of New Jersey, THOMAS A. MULLEN,
citizen of New Jersey, JAVIER RODRIGUEZ,
citizen of Florida, CATALINA SEPULVEDA,
citizen of Florida,

            Defendants.
_____

**ORDER**

       This matter comes before the Court on the Plaintiff, Mid-Continent Casualty Company's Motion for Entry of Default by the Clerk Against Defendant American Gallery Development Group, LLC d/b/a American Gallery Homes (Doc. #25) filed on March 10, 2011.  Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

       The Plaintiff states that service was effectuated on January 14, 2011, by serving an employee, designated to accept service, of the Florida Division of Corporations in Tallahassee, Florida.  The Plaintiff filed the Return of Service (Doc. # 24) on March 10, 2011.  The Return shows that Yvette McGee an employee at the Division of Corporations was served on behalf of the

Defendant on January 14, 2011. The Florida Department of State Division of Corporations may accept service of process for a corporation pursuant to Fla. Stat. §§ 48.161 and 48.181. The Defendant American Gallery of Homes has failed to answer the Complaint or otherwise appear to defend the action. Thus, good cause exists to grant the Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Mid-Continent Casualty Company's Motion for Entry of Default by the Clerk Against Defendant American Gallery Development Group, LLC d/b/a American Gallery Homes (Doc. #25) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record